**Order entered September 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01626-CR

**MARK EDWIN GUIDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63747-V**

## ORDER

Appellant's September 15, 2015 motion for extension of time to file appellant's reply brief is **GRANTED**. The time to file appellant's reply brief is **EXTENDED** to **October 13, 2015**.

/s/    LANA MYERS
          JUSTICE